THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT
 BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE
 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 Mac Babb, Respondent,
 v.
 Katherine L. Noble, a/k/a Bonnie C. Noble, Appellant.
 
 
 

Appeal From Horry County
 James R. Barber, Circuit Court Judge

Unpublished Opinion No. 2007-UP-493
 Submitted October 1, 2007  Filed October
 16, 2007

APPEAL DISMISSED

 
 
 
 William M. Bruner, of Myrtle Beach, for Appellant.
 Mac Babb, of Little River, for Respondent.
 
 
 

PER CURIAM[1]: Nobles
 Statement of Issues on Appeal and her Argument do not coincide.  Moreover, the
 arguments in the body of her brief were not included in the Statement of Issues
 on Appeal, and are cursory in their own right.  Accordingly, we dismiss this
 appeal based on the following authorities: Rule 208(b)(1)(B), SCACR, (requiring
 appellants to provide the court with [a] statement of each of the issues
 presented for review and cautioning appellants the appellate court ordinarily
 will not consider any point which is not set forth in the statement of issues
 on appeal); Fields v. Monroe Ltd. Pship, 312 S.C. 102, 106, 439 S.E.2d
 283, 285 (Ct. App. 1993) (An issue raised on appeal but not argued in the
 brief is deemed abandoned.); and First Sav. Bank v. McLean, 314 S.C.
 361, 363 444 S.E.2d 513, 515 (1994) (stating an issue is abandoned where the
 appellant fails to provide argument or supporting authority).
Accordingly, this appeal is 
DISMISSED.
STILWELL,
 SHORT, and WILLIAMS JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.